CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 16 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Slagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN CORY ROSE,<br>Plaintiff, | Civil Action No. 7:19CV00749 |
| v. | MEMORANDUM OPINION |
| DEREK KENDRIK,<br>Defendant. | By: Hon. Glen E. Conrad<br>Senior United States District Judge |

Steven Cory Rose, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Rose notified the court on February 25, 2020, that he had been released from prison. Therefore, Rose is no longer subject to the provisions of the Prisoner Litigation Reform Act that allowed him to pay the $350 filing fee via installments. A court order entered on February 25, 2020, directed Rose to submit, within ten days from that date, the filing fee owed and the applicable administrative fee for a total of $400 or to otherwise respond. Rose was advised that a failure to comply within the time limits set out in the order would result in dismissal of this action without prejudice.

The time allotted for Rose to respond has passed, and he has failed to comply with the described conditions. Accordingly, the court will dismiss the action and all pending motions without prejudice. An appropriate order will issue herewith.

The clerk will send a copy of this order to the plaintiff and counsel for the defendants.

ENTER: This 16th day of March, 2020.

_____
Senior United States District Judge